IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS MARTIN )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CELLCO PARTNERSHIP d/b/a VERIZON )<br>WIRELESS; VANTAGE SOURCING, LLC; )<br>MIRACLE FINANCIAL, INC.; and CREDIT )<br>BUREAU OF NAPA COUNTY, INC. d/b/a )<br>CHASE RECEIVABLES )<br>)<br>Defendants. )<br>) | Case No.: 12-cv-5147<br><br>Judge Ronald A. Guzman<br>Magistrate Sheila M. Finnegan |

## **NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), plaintiff NICHOLAS MARTIN gives notice that defendant MIRACLE FINANCIAL, INC. is hereby dismissed from the above captioned lawsuit, without prejudice.

Defendant MIRACLE FINANCIAL, INC. has not filed either an answer to the complaint or a motion for summary judgment as of this time.

Respectfully Submitted,

s/ Nicholas Martin

Nicholas Martin
*Pro Se*
PO Box 4030
Chicago, IL 60654-4030
(312) 725-9103

1

## **CERTIFICATE OF SERVICE**

I, Nicholas Martin, pursuant to Fed.R.Civ.P. 5(a), state that on July 20, 2012, I electronically filed the foregoing NOTICE OF VOLUNTARY DISMISSAL with the Clerk of the Court using the CM/ECF system, which will serve electronic notice to all counsel of record.

A true and correct copy of same was sent via U.S. first-class mail, postage pre-paid, upon the following parties which have not yet filed an appearance in this matter:

Vantage Sourcing, LLC
C/O National Registered Agents Inc., Registered Agent
200 W. Adams St.
Chicago, Il 60606

Miracle Financial, Inc.
C/O Business Filings Incorporated, Registered Agent
600 S. Second St., Ste 103
Springfield, Il 62704

Credit Bureau of Napa County, Inc.
C/O CT Corporation System, Registered Agent
208 S. Lasalle St., Ste 814
Chicago, Il 60604

s/ Nicholas Martin