IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS MARTIN )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CELLCO PARTNERSHIP d/b/a VERIZON )<br>WIRELESS; VANTAGE SOURCING, LLC; )<br>and CREDIT BUREAU OF NAPA COUNTY, )<br>INC. d/b/a CHASE RECEIVABLES )<br>)<br>Defendants. )<br>)<br>) | Case No.: 12-cv-5147<br><br><br>Judge Ronald A. Guzman<br>Magistrate Sheila M. Finnegan |

**NOTICE OF MOTION**

To: Vantage Sourcing, LLC, Credit Bureau of Napa County, Inc. d/b/a Chase Receivables, and ECF Counsel of Record:

You are hereby notified that plaintiff has filed his Motion for Entry of Default and will appear on August 7, 2012, at 9:30 am in front of Judge Guzman in Courtroom 1219 of the Everett McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 to present such to the Court.

    Respectfully Submitted,

    /s/ Nicholas Martin

    Nicholas Martin
    *Pro Se*
    PO Box 4030
    Chicago, IL 60654-4030
    (312) 725-9103

## VERIFICATION OF SERVICE

I, Nicholas Martin, pursuant to Fed.R.Civ.P. 5(a), verify that on July 27, 2012, I electronically filed the foregoing NOTICE OF MOTION with the Clerk of Court using the CM/ECF system, which will serve electronic notice to all counsel of record.

A true and correct copy of same was sent via U.S. first-class mail, postage pre-paid, upon the following parties which have not yet filed an appearance in this matter:

Vantage Sourcing, LLC
C/O National Registered Agents Inc., Registered Agent
200 W. Adams St., Ste 2007
Chicago, Il 60606

Credit Bureau of Napa County, Inc.
C/O CT Corporation System, Registered Agent
208 S. Lasalle St., Ste 814
Chicago, Il 60604

I verify under penalty of perjury that the foregoing is true and correct.

Executed on July 27, 2012

/s/ Nicholas Martin