Sedgwick CMS-Philadelphia
P O Box 14517
Lexington, KY 40512-4517



**Sedgwick CMS**
Sedgwick Claims Management Services, Inc.
Phone: (215)231-3803 Fax: (215)231-3800

**Sent via Certified Mail**

8/29/12

Hartford Insurance Co.
Attn : Claims Manager
PO Box 2999
Hartford, CT 06104-2999

| | |
|---|---|
| **Client:** | Verizon Wireless |
| **Claimant Name:** | Nicholas Martin |
| **Date of Loss:** | 04/01/2011 |
| **Claim Number:** | B233116575-0001-01 |
| **Your Insured:** | Vantage Sourcing, LLC |
| **Your Policy #:** | 20SBAZU2279 |

Dear Claims Manager:

Sedgwick Claims Management Services, Inc. is the third party administrator for Verizon Wireless. A lawsuit was filed on behalf of the above-captioned claimant alleging violation of the Telephone Consumer Protection Act, and the Fair Debt Collection Practices, as well as an order requesting declaratory judgment. The account in dispute was assigned by Verizon Wireless to Vantage Sourcing, LLC.

The investigation conducted to date indicates that work your insured was contracted to perform for Verizon Wireless is involved in this occurrence. Your insured's contract with Verizon Wireless contains an indemnification and hold harmless agreement that favors Verizon Wireless in this matter. Furthermore, the contract requires that Verizon Wireless be named as an additional insured on your policy.

We are placing you on notice of your involvement and tendering this matter to you. At this time, we demand that you defend and indemnify Verizon Wireless in this lawsuit. Should we incur any expenses from this date forward, we will look to you for reimbursement.

Please contact me immediately to advise of your acceptance of this tender.

Thank you very much for your cooperation.

Sincerely,

Tom Monahan
Claims Examiner III

Cc: J Smith Lanier Chattanooga, 303 Krystal Bldg., 1 Union Sq., Chattanooga, TN 37402
Vantage Sourcing LLC, 328 Ross Clark Circle, Dothan, AL 36301, Attn: Kim Redd.



EXHIBIT A