Sedgwick CMS-Philadelphia
P O Box 14517
Lexington, KY 40512-4517



**Sedgwick CMS**
Sedgwick Claims Management Services, Inc.
Phone: (215)231-3803 Fax: (215)231-3800

**Sent via Certified Mail**

8/29/12

Argonaut Great Central
Attn : Claims Manager
PO Box 807
Peoria, IL 61633

|  |  |
|---|---|
| **Client:** | Verizon Wireless |
| **Claimant Name:** | Nicholas Martin |
| **Date of Loss:** | 04/01/2011 |
| **Claim Number:** | B233116575-0001-01 |
| **Your Insured:** | Credit Bureau of Napa County dba Chase Receivables |
| **Your Policy #:** | DCB9300196-02 |

Dear Claims Manager:

Sedgwick Claims Management Services, Inc. is the third party administrator for Verizon Wireless. A lawsuit was filed on behalf of the above-captioned claimant alleging violation of the Telephone Consumer Protection Act, and the Fair Debt Collection Practices, as well as an order requesting declaratory judgment. Verizon Wireless placed the account in dispute with your insured, Chase Receivables.

The investigation conducted to date indicates that work your insured was contracted to perform for Verizon Wireless is involved in this occurrence. Your insured's contract with Verizon Wireless contains an indemnification and hold harmless agreement that favors Verizon Wireless in this matter. Furthermore, the contract requires that Chase Receivables name Verizon Wireless an additional insured on its liability policy.

We are placing you on notice of your involvement and tendering this matter to you. At this time, we demand that you defend and indemnify Verizon Wireless in this lawsuit. Should we incur any expenses from this date forward, we will look to you for reimbursement.

Please contact me immediately to advise of your acceptance of this tender.

Thank you very much for your cooperation.

Sincerely,

Tom Monahan
Claims Examiner III

Cc: Collectors Insurance Agency, 4040 W. 70th Street, Edina, MN 55435.

First Revenue Assurance, Credit Bureau of Napa Inc d/b/a Chase Receivables, 1247 Broadway, Sonoma CA 95476, Attn: Fred Merrill, Owner.

EXHIBIT C

8/29/2012    B233116575000101    562012082910621