IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS MARTIN )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CELLCO PARTNERSHIP d/b/a VERIZON )<br>WIRELESS; VANTAGE SOURCING, LLC; )<br>and CREDIT BUREAU OF NAPA COUNTY, )<br>INC. d/b/a CHASE RECEIVABLES )<br>)<br>Defendants. )<br>)<br>) | Case No.: 12-cv-5147<br><br><br>Judge Ronald A. Guzman<br>Magistrate Sheila M. Finnegan |

**<u>STATEMENT IN RESPONSE TO JUDGE GUZMAN'S DECEMBER 3, 2012 ORDER</u>**

Pursuant to Judge Guzman's December 3, 2012 minute order directing the parties to file a statement which clarifies which claims and cross-claims remain pending in the above captioned case, the following is provided to the Court:

<u>PLAINTIFF'S CLAIMS WHICH REMAIN PENDING:</u>

Count V – FDCPA claim against defendant CREDIT BUREAU OF NAPA COUNTY, INC. d/b/a CHASE RECEIVABLES. Plaintiff and defendant have agreed to a settlement in principle and are currently working on finalizing a written settlement agreement and release which would fully resolve all issues relating to Count V.

Count VI- TCPA claim against defendants CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VANTAGE SOURCING, LLC. Plaintiff and defendants have agreed to a settlement in principle and are currently working on finalizing a written settlement agreement and release which would fully resolve all issues relating to Count VI.

1

Count VII- TCPA claim against defendants CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and CREDIT BUREAU OF NAPA COUNTY, INC. d/b/a CHASE RECEIVABLES. Plaintiff and defendant CREDIT BUREAU OF NAPA COUNTY, INC. d/b/a CHASE RECEIVABLES have agreed to a settlement in principle and are currently working on finalizing a written settlement agreement and release which would fully resolve all issues relating to Count VII.

Counts IV and VIII have previously been voluntarily dismissed.

### CELLCO PARTNERSHIP'S CROSS-CLAIMS WHICH REMAIN PENDING:

CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS has filed cross-claims against Defendants VANTAGE SOURCING, LLC and CREDIT BUREAU OF NAPA COUNTY, INC d/b/a CHASE RECEIVABLES. These cross-claims remain pending. Cellco Partnership and both Cross-Defendants have agreed to a settlement in principle on Cellco Partnership's cross-claims and these cross-claims will be dismissed once the above settlement agreements of Counts VI and VII are fully executed.

Respectfully submitted,

| /s/ Nicholas Martin | /s/ Dean C. Kalant | /s/ Elizabeth A. Thompson |
|---|---|---|
| **Plaintiff** | **Counsel for Defendant Vantage Sourcing, LLC** | **Counsel for Defendant Cellco Partnership** |
| Nicholas Martin | | |
| *Pro Se* | Rick Del Giudice | Hal Morris |
| PO Box 4030 | Dean Kalant | Elizabeth Thompson |
| Chicago, IL 60654-4030 | GOZDECKI, DEL GIUDICE, | ARNSTEIN & LEHR LLP |
| (312) 725-9103 | AMERICUS & FARKAS LLP | 120 South Riverside Plaza |
| | 1 East Wacker Drive | Suite 1200 |
| | Suite 1700 | Chicago, IL 60606-3910 |
| | Chicago, IL 60601 | Phone: 312-876-7833 |
| | Phone: 312-782-5010 | Fax: 312-876-0288 |
| | Fax: 312-782-4324 | |

## **VERIFICATION OF SERVICE**

     I, Nicholas Martin, pursuant to Fed.R.Civ.P. 5(a), verify that on December 5, 2012, I electronically filed the foregoing STATEMENT IN RESPONSE TO JUDGE GUZMAN'S DECEMBER 3, 2012 ORDER with the Clerk of Court using the CM/ECF system, which will serve electronic notice to all counsel of record.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on December 5, 2012.

                                               /s/ Nicholas Martin